UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL CASE NO. 1:25-CV-21037-GAYLES/GOODMAN

THERAPEUTIC SOLUTIONS
INTERNATIONAL, INC. a Nevada Corporation,

    Plaintiff,

v.

UNIVERSITY OF MIAMI, a Florida not for profit corporation; CAMILLO RICORDI, M.D., an individual; and DOES 1-50, inclusive,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, THERAPEUTIC SOLUTIONS INTERNATIONAL, INC. ("Plaintiff") and Defendants, UNIVERSITY OF MIAMI and CAMILLO RICORDI, M.D. ("Defendants," and collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice . It is further stipulated that all pending motions are denied as moot.. The Parties will bear their own attorneys' fees and costs, respectively. As such, the Parties request entry of an Order acknowledging the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii), dismissing all pending motions as moot and directing the Clerk to close the case.

Respectfully submitted on April 29, 2025.

| **MILLER LAW FIRM** | **BOATMAN RICCI** |
|---|---|
| _s/ *Matthew R. Miller*_ | _s/ *Ernest A. Ricci*_ |
| **Matthew R. Miller, Esq.** | **Ernest A. Ricci, Esq.** |
| 6790 Embarcadero Lane, Suite 100 | **Fla. Bar No. 100584** |
| Carlsbad, CA 92011 | **Neely B. Brown, Esq.** |
| matt@mrmlawfirm.com | **Fla. Bar No. 103772** |
| 619-261-1150 | 3021 Airport-Pulling Rd. N., Suite 202 |
| *Pro Hac Vice Attorney for Plaintiff* | Naples, Florida 34105 |
| | CourtFilings@boatmanricci.com |
| | 239-330-1494 |
| | *Attorneys for Plaintiff* |

**ISICOFF RAGATZ**

_s/ *Eric D. Isicoff*_
**Eric D. Isicoff, Esq.**
**Fla. Bar. No. 372201**
**Teresa Ragatz, Esq.**
**Fla. Bar No. 545170**
**Catherine Ann Mancing, Esq.**
**Fla. Bar No. 32765**
601 Brickell Key Drive, Ste. 750
Miami, FL 33131
mancing@irlaw.com
Ragatz@irlaw.com
305-373-3232
*Attorneys for Defendants*